**NAGEL RICE, LLP**
Bruce H. Nagel
Randee Matloff
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 618-0400
bnagel@nagelrice.com
rmatloff@nagelrice.com

**POULOS LOPICCOLO PC**
Joseph LoPiccolo
John N. Poulos
1305 South Roller Road
Ocean, NJ 07712
(732) 757-0165
lopiccolo@pllawfirm.com
poulos@pllawfirm.com

*Counsel for Plaintiff and those similarly situated*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES SHANNON, and ROLANDO PUELLO, On Behalf of Themselves and All Other Persons Similarly Situated,<br><br>*Plaintiffs,*<br>v.<br><br>GENERAL MOTORS, LLC,<br><br>*Defendants.* | CASE NO. 1:16-cv-04932-RMB-AMD<br><br>**STIPULATION AND CONSENT ORDER GRANTING A STAY OF THE LITIGATION PENDING RESOLUTION OF A SETTLEMENT** |

Plaintiffs Charles Shannon et al. ("Plaintiffs") and Defendant General Motors LLC ("GM") by and through their respective counsel, respectfully and jointly request that the Court grant a stay of the litigation pending the resolution of a settlement. Good cause exists to grant this request for the following reasons:

**WHEREAS,** this is a complex class-action matter related to several other class-action matters which plaintiffs recently filed. The parties are attempting to cooperate and resolve numerous issues in these cases and are in the process of finalizing settlements.

**WHEREAS,** the settlement in the instant case cannot be resolved until the Court grants final approval of a Class Action Settlement in *Ellis v General Motors LLC*, pending in the United States District Court for the Eastern District of Michigan, Civil Action No 2:16-cv-11747-GCS-APP.

**WHEREAS** it is anticipated that it will take several months until final approval is granted in the Michigan case.

**WHEREAS** plaintiffs and defendant submit this request jointly for the sake of judicial efficiency and to conserve legal costs and avoid unnecessary pleading and discovery.

**IT IS HEREBY ORDERED:**

This case is stayed pending the resolution of a final settlement. *

SO ORDERED:

_____
Hon. Renee Marie Bumb, U.S.D.J.

DATED: *April 6, 2017*

**THE UNDERSIGNED HEREBY CONSENT TO
THE FORM AND ENTRY OF THE FOREGOING ORDER**

**NAGEL RICE, LLP**
Bruce H. Nagel
Randee Matloff
103 Eisenhower Parkway
Roseland, NJ 07068
(973) 618-0400
Attorneys for Plaintiff, Charles Shannon
bnagel@nagelrice.com
rmatloff@nagelrice.com

/s/ *Randee M. Matloff*

\* The Clerk of Court shall administratively terminate this matter which shall re-open upon application of the parties and Order of the Court.

**POULOS LOPICCOLO PC**
Joseph LoPiccolo
John N. Poulos
1305 South Roller Road
Ocean, NJ 17712
(732) 757-0165
Attorneys for Plaintiff, Charles Shannon
lopiccolo@pllawfirm.com
poulos@pllawfirm.com

/s/ *Joseph LoPiccolo*

**LAVIN, O'NEIL, CEDRONE & DISIPIO**
Michael F. McKeon, Esquire
1300 Route 73
Suite 307
Mount Laurel, NJ  08054
(856) 778-5544
(856) 793-0237 Fax
Attorneys for Defendant, General Motors, LLC
mmckeon@lavin-law.com

/s/ *Michael F. McKeon*